| | |
|---|---|
| 1 | BRIAN M. KANDEL, ESQ. (#180952) |
| | BOOK & BOOK, LLP |
| 2 | Attorneys at Law |
| | 1414 Soquel Avenue, Suite 203 |
| 3 | Santa Cruz, California 95126 |
| | Telephone: (831) 427-5132 |
| 4 | Facsimile: (831) 427-5135 |

Attorneys for Plaintiff ANTHONY WOLLESEN

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 10-52972 SLJ |
| THOMAS JOSEPH HOLTHAUS dba QUALITY MACHINE SHOP (SSN xxx-xx-1018) | Adv. Proc. No. 10-05216 |
| | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUE TRIAL DATE** |
| MELANIE BERTIZ HOLTHAUS aka MELANIE R. BERTIZ aka MELANIE BERTIZ aka MELANIE R. HOLTHAUS fdba FALCON GROUP (SSN XXX-XX-1764) | |
| Debtors | |
| ANTHONY WOLLESEN, | Date: May 26, 2011 |
| Plaintiff, | Time: 9:30 a.m. |
| | Dept: Courtroom 3099 |
| Vs. | 280 S. First Street |
| | San Jose, CA 95113 |
| THOMAS JOSEPH HOLTHAUS dba QUALITY MACHINE SHOP; MELANIE BERTIZ HOLTHAUS aka MELANIE R. BERTIZ aka MELANIE BERTIZ aka MELANIE R. HOLTHAUS fdba FALCON GROUP | Judge: Hon. Stephen L. Johnson |
| Defendants. | |

TO THE HONORABLE STEPHEN L. JOHNSON AND DEFENDANTS THOMAS

JOSEPH HOLTHAUS dba QUALITY MACHINE SHOP; MELANIE BERTIZ HOLTHAUS

Case No. 10-52972 SLJ
Adv. Proc. No. 10-05216

1

Notice of Hearing On Plaintiff's Motion
To Amend Complaint & Continue Trial

BOOK & BOOK, LLP
ATTORNEY AT LAW
SANTA CRUZ, CALIFORNIA

| | |
|---|---|
| 1 | aka MELANIE R. BERTIZ aka MELANIE BERTIZ aka MELANIE R. HOLTHAUS fdba |
| 2 | FALCON GROUP, AND THEIR COUNSEL OF RECORD, ROBERT J. BORRIS, JR.: |
| 3 | PLEASE TAKE NOTICE that on May 26, 2011, at the hour of 9:30 a.m., or as soon |
| 4 | thereafter as counsel may be heard, in Department 3099 of the above-entitled Court, located at |
| 5 | 280 S. First Street, San Jose, California 95113, the Plaintiff ANTHONY WOLLESEN's Motion |
| 6 | For Leave To File First Amended Complaint And Continue Trial Date ("Motion") will be heard. |
| 7 | The Debtor seeks leave to file the proposed First Amended Complaint, a true and correct |
| 8 | copy of which is attached hereto as Exhibit "A" and is incorporated herein by reference, and for |
| 9 | any other relief as the Court deems just and proper, including, but not limited to the continuance |
| 10 | of the trial date currently set for June 15, 2011. |
| 11 | The Motion is based on this Notice, the attached Motion, the attached points and |
| 12 | authorities, the Declaration of Brian M. Kandel and any exhibits attached thereto, and the |
| 13 | complete files and records in this action, and on any documentary and oral evidence as may be |
| 14 | presented at the hearing of this motion. |

BOOK & BOOK, LLP

Dated: May 4, 2011      By:   /s/ Brian M. Kandel, Esq.
                              Brian M. Kandel, Esq.
                              Attorneys for Plaintiff

**NOTICE TO INTERESTED PARTIES**

**ANY OBJECTIONS TO THIS MOTION MUST BE FILED BY MAY 17, 2011. SHOULD YOU FAIL TO OPPOSE THE MOTION, THE RELIEF SOUGHT BY THE PLAINTIFF MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

BOOK & BOOK, LLP
ATTORNEY AT LAW
SANTA CRUZ, CALIFORNIA

Case No. 10-52972 SLJ
Adv. Proc. No. 10-05216

2

Notice of Hearing On Plaintiff's Motion
To Amend Complaint & Continue Trial